**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| SHU CHEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:20-cv-01766-JLR<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

Plaintiff Shu Chen ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln") have filed their Stipulated Motion for Extension of Time, up through and including January 27, 2021, for Lincoln to answer, present defenses, or otherwise respond to Plaintiff's Complaint. (Stip. (Dkt. # 7).)

IT IS HEREBY ORDERED that Lincoln shall file its responsive pleading no later than January 27, 2021.

DATED:  January 20 , 2021

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JUDGE JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME - 1
Case No. 2:20-cv-01766-JLR