1

HON. JAMES L. ROBART

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

SHU CHEN,

12

Plaintiff

No.  2:20-cv-01766-JLR

13

v.

STIPULATED MOTION FOR LEAVE TO
FILE "ADMINISTRATIVE RECORD"
UNDER SEAL AND [~~PROPOSED~~] ORDER

14

15

LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

16

Defendant.

**NOTED FOR HEARING: April 29, 2021**

17

18

19

## I.  Relief Requested

20

The parties respectfully move the Court, pursuant to Federal Rule of Civil Procedure

21

5.2(d) and Local Civil Rule 5(g), to order that the "Administrative Record" in this matter – the

22

defendant insurance company's claim file – be filed under seal, without redactions.

23

## II.  Relevant Facts and Legal Authority

24

This action arises under the Employee Retirement Income Security Act of 1974 (ERISA),

25

29 U.S.C. § 1001 *et seq*.  The parties agree the Court will need to consider Defendant's claim file

26

27

to resolve the matter.  Such files have come to be called the "Administrative Record" in ERISA



STIPULATED MOTION TO FILE "ADMINISTRATIVE
RECORD" UNDER SEAL AND [PROPOSED] ORDER - 1

No.  2:20-cv-01766-JLR

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E. Suite C
Seattle, Washington  98115
Tel 206.694-1614  Fax 206.905-2342

benefit cases. Here, that 2,225-page file is primarily medical records and other documents addressing Plaintiff's medical conditions.

Although Local Civil Rule 5(g) establishes a strong presumption in favor of public access to court filings, the need to protect medical privacy qualifies as a "compelling reason" to allow records to be filed under seal. *Karpenski v. Am. Gen. Life Companies, LLC*, No. 2:12-CV-01569-RSM, 2013 WL 5588312 at *1 (W.D. Wash. Oct. 9, 2013) (citing *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)). *See also Macon v. United Parcel Serv., Inc.*, 2013 WL 951013, at *5 (W.D. Wash. Mar. 12, 2013) (granting unopposed motion to seal medical records given the "private nature of the documents at issue"); *Gary v. Unum Life Ins. Co. of Am.*, No. 3:17-CV-01414-HZ, 2018 WL 1811470, at *3 (D. Or. Apr. 17, 2018) (granting an opposed motion to seal an ERISA claim file, citing numerous cases and stating "[t]he parties have not presented, and the Court is not aware of, any cases where medical information was not allowed to be filed under seal under the 'compelling reasons' standard.").

Local Civil Rule 5.2(c) states that "in an action for benefits under the Social Security Act" the "administrative record must be filed under seal" because those "actions are entitled to special treatment due to the prevalence of sensitive information and the volume of filings." *Id.* That reasoning applies to this action for ERISA disability benefits. Sensitive information concerning the Plaintiff is found throughout the claim file.

As certified below, the parties discussed whether redaction would be a suitable alternative. Due to the volume of the record, and the extensive redaction that would be necessary, the parties believe redaction is not a reasonable alternative. Federal Rule of Civil Procedure 5(d) provides that the "court may order that a filing be made under seal without redaction" and the parties respectfully move the Court to so order here.

STIPULATED MOTION TO FILE "ADMINISTRATIVE RECORD" UNDER SEAL AND [PROPOSED] ORDER - 2

No. 2:20-cv-01766-JLR

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E. Suite C
Seattle, Washington 98115
Tel 206.694.1614 Fax 206.905.2342

### III.  Local Rule 5.2(g)(3)(A) Certification

The parties certify pursuant to Local Rule 5.2(g)(3)(A) that attorney Mel Crawford representing Plaintiff and attorney Russel Buhite representing Defendant conferred by telephone on April 26, 2021, to discuss filing the record under seal and to explore redaction and other alternatives to filing under seal.  They agreed redaction was not a reasonable means to protect Plaintiff's medical privacy, because the documents would need to be so heavily redacted.

### IV.  Conclusion

The parties respectfully move the Court to order that the "Administrative Record" in this matter be filed under seal.

IT IS SO STIPULATED THIS 29th day of April 2020.

LAW OFFICE OF MEL CRAWFORD


By s/*Mel Crawford*
    Mel Crawford, WSBA # 22930
    melcrawford@melcrawfordlaw.com
Attorney for Plaintiff

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By s/*Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    Russell.Buhite@ogletree.com
Attorney for Defendant

STIPULATED MOTION TO FILE "ADMINISTRATIVE
RECORD" UNDER SEAL AND [PROPOSED] ORDER - 3

No.  2:20-cv-01766-JLR

1

**ORDER**

   IT IS SO ORDERED.  The Court GRANTS the parties' stipulated motion and ORDERS

that the administrative record in this action be filed and maintained under seal.  Pursuant to

Federal Rule of Civil Procedure 5(d), the record need not be redacted.

DATED this 2ⁿᵈ day of _____May_____ 2021.



Honorable James L. Robart
United State District Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATED MOTION TO FILE "ADMINISTRATIVE
RECORD" UNDER SEAL AND [PROPOSED] ORDER - 4

No.  2:20-cv-01766-JLR